# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| E.N., | : | CIVIL ACTION NO. 1:09-CV-1727 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **SUSQUEHANNA TOWNSHIP SCHOOL DISTRICT**, *et al.*, | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 14th day of July, 2010, following a telephone conference with counsel of record in the above-captioned case, it is hereby ORDERED that:

1. The order of court dated July 1, 2010 (Doc. 45), wherein the court denied without prejudice plaintiff's motion (Doc. 43) to compel discovery, is VACATED. Plaintiff's motion (Doc. 43) to compel discovery shall be reinstated.

2. On or before August 25, 2010, defendants shall file a brief in opposition to plaintiff's motion (Doc. 43) to compel discovery.

3. Plaintiff may file a reply brief in support of the motion (Doc. 43) in accordance with Local Rules. See L.R. 7.7.

4. Defendants shall forthwith submit to the court a privilege log and the documents at issue for *in camera* review.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge