# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| E.N., | : | CIVIL ACTION NO. 1:09-CV-1727 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **SUSQUEHANNA TOWNSHIP SCHOOL DISTRICT, JAMES FRANK, NANCY FRANK, KERMIT LEITNER, DAVID W. VOLKMAN, SANDIE L. PENSIERO, RANDY BRENNER, JUDY BAUMGARDNER,** | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 20th day of September, 2010, following a telephone conference with counsel of record in the above-captioned case, it is hereby

ORDERED that:

1. Plaintiff shall submit to defendants the entries pertaining to Defendant James Frank from the journal at issue.

2. Plaintiff shall submit the journal at issue, in its entirety, to the court. The court will conduct an *in camera* review of the journal. All portions of the journal which are determined by the court to be irrelevant to the issues in the case will be returned to plaintiff.

3. The parties shall meet and confer, and shall attempt to reach an agreement regarding the production of certain confidential materials for attorneys' eyes only, or for attorneys' and experts' eyes only. If the parties are able to draft such an agreement, they shall file their confidentiality agreement through the court's electronic filing system. All records determined by the court to be relevant will be produced to defendants, see FED. R. CIV. P. 26(b)(1), subject to the terms of the parties' confidentiality agreement.

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge